UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

James E Jones

            Plaintiff,

v.                   Case No.: 1:14–cv–03908
                  Honorable Andrea R. Wood

Union Pacific Railroad Company, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2015:

  MINUTE entry before the Honorable Andrea R. Wood: Counsel for Plaintiff telephonically reported to the Court that a settlement has been reached to resolve all matters in this case. The parties require additional time to finalize the settlement documents. By request and agreement of the parties, the status hearing set for 9/17/2015 is stricken and reset for 10/14/2015 at 9:00 AM. If the parties file a stipulation to dismiss prior to the next status hearing, the status date will be stricken and the parties will not need to appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.